Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: UNITED STATES OF AMERICA
VS
ANTWAN BALL, ET AL

Misc. No. 07-360

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest __DEON JORDAN__ whose address is __1398 CONGRESS STREET, SE # 3__ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

OR

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[ ] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

[ ] You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

Upon order of the Honorable __RICHARD W. ROBERTS__, United States District Judge this __11__ day of __SEPTEMBER__, __2007__.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20_____ and executed same.
By: _____